**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

|                                                    |     |                     |
| -------------------------------------------------- | --- | ------------------- |
|                                                    | *   |                     |
| LAQUILLA M. MITCHELL                               | *   |                     |
|                                                    | *   |                     |
|         Plaintiff                                  | *   |                     |
|                                                    | *   |                     |
| VS.                                                | *   | NO: 5:06CV00133 SWW |
|                                                    | *   |                     |
| ARKANSAS BOARD OF                                  | *   |                     |
| CORRECTION and ARKANSAS                            | *   |                     |
| DEPARTMENT OF CORRECTION                           | *   |                     |
|                                                    | *   |                     |
|         Defendants                                 | *   |                     |

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF APRIL, 2007.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE